# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| SCIONTI CONSTRUCTION GROUP, LLC ) | |
| ) | **1:20-CV-00034-WAL-GWC** |
| Plaintiffs, ) | |
| ) | ACTION FOR DAMAGE |
| APTIM ENVIRONMENTAL AND ) | |
| INFRASTRUCTURE, INC., ) | TRIAL BY JURY DEMANDED |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

Defendant, Aptim Environmental and Infrastructure, LLC f/k/a Aptim Environmental and Infrastructure, Inc. ("APTIM"), by and through its counsel, Dudley Newman Feuerzeig LLP, hereby provides notice that on this 7th day of October, 2022, it has filed a Summons on a Third- Party Complaint to Patriot Response Group, LLC which is attached hereto as **Exhibit A**.

Respectfully submitted,

**DUDLEY NEWMAN FEUERZEIG LLP**

**DATED**: October 7, 2022         By:    /s/ Alex M. Moskowitz
                                                        Alex M. Moskowitz (V.I. Bar No. 1072)
                                                        Law House
                                                        P.O. Box 756
                                                        St. Thomas, U.S.V.I.   00804-0756
                                                        Telephone:    (340) 774-4422
                                                        Email:    amoskowitz@dnfvi.com

*Attorneys for Defendant,*
*Aptim Environmental and Infrastructure, Inc.*