IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| SCIONTI CONSTRUCTION GROUP, LLC, | 1:20-cv-00034-WAL-GWC |
| Plaintiff, | |
| v. | ACTION FOR DAMAGES |
| APTIM ENVIRONMENTAL & INFRASTRUCTURE, INC., | TRIAL BY JURY DEMANDED |
| Defendant(s). | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, SCIONTI CONSTRUCTION GROUP, LLC, and Defendant, APTIM ENVIRONMENTAL & INFRASTRUCTURE, LLC f/k/a APTIM ENVIRONMENTAL & INFRASTRUCTURE, INC., by and through their undersigned counsel, hereby jointly stipulate to the dismissal of this action, with prejudice, with each party bearing its own costs.

Respectfully submitted this 16th day of October, 2023.

        LAW OFFICE OF VANESSA D. TORRES, P.A.
        Pro Hac Vice Attorney for Plaintiff

        By: */s/ Vanessa D. Torres*
        Vanessa D. Torres, Esquire
        Florida Bar No. 93113
        999 Ponce de Leon Boulevard
        Suite 500
        Coral Gables, Florida 33134
        Telephone: (786) 801-0271
        Email: vanessa@vdtlaw.com


        LAW OFFICE OF TRUDY FENSTER, P.C.,
        Attorney for Plaintiff

        By: */s/ Trudy Fenster*
        Trudy Fenster, Esquire
        V.I. Bar No. 1031
        2157 King Cross Street, STE 2
        Christiansted, VI 00820
        Telephone: (340) 244-4689
        Email: trudy@injurylawvi.com

        DUDLEY NEWMAN FEUERZEIG LLP

        By: */s/ Alex M. Moskowitz*
        Alex M. Moskowitz, Esq.
        V.I. Bar No. 1072
        Law House
        1000 Frederiksberg Gade
        P.O. Box 756
        St. Thomas, USVI 00804
        Telephone: (340) 715-4403
        Cellular: (340) 513-7243
        Email: amoskowitz@dnfvi.com
        Attorneys for Defendant Aptim