IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| SCIONTI CONSTRUCTION GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APTIM ENVIRONMENTAL & INFRASTRUCTURE, INC., <br><br> Defendant(s). | 1:20-cv-00034-WAL-GWC <br><br> ACTION FOR DAMAGES <br><br> TRIAL BY JURY DEMANDED |

**ORDER ENTERING STIPULATION AND DISMISSING CASE WITH PREJUDICE**

Before the Court is the parties' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE. The parties stipulate that this case should be dismissed with prejudice and without attorneys' fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court accepts the stipulation and enters it into the record.

Accordingly, IT IS HEREBY ORDERED:

1. The parties' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE, is accepted and entered into the record.

2. The above-captioned case is dismissed with prejudice and without costs or attorneys' fees to any party.

3. Any pending motions are dismissed as moot.

4. All trial dates and deadlines are stricken.

IT IS SO ORDERED. The District Court is hereby directed to file this Order, provide copies to counsel, and close the file.

Dated this __ day of October, 2023.

_____
DISTRICT COURT JUDGE